UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MYLISSA FARMER, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>THE UNIVERSITY OF KANSAS )<br>HOSPITAL AUTHORITY, )<br>)<br>    Defendant. ) | Case No. 2:24-CV-02335 |

### DEFENDANT UNIVERSITY OF KANSAS HOSPITAL AUTHORITY'S MOTION FOR EXTENSION OF TIME TO ANSWER AND MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS ON MOTIONS SET FORTH IN D. KAN. 7.1(d)

COMES NOW Defendant University of Kansas Hospital Authority[1] ("UKHA,") by and through counsel Trevin Wray, Casey L. Walker, and Jaime L. Whitt of Simpson, Logback, Lynch, Norris, P.A., and hereby moves the Court for leave to file a motion to dismiss exceeding the page limitations set out in D. Kan. 7.1(d)(3) for the reasons set forth herein.

  1. Plaintiff filed this action on July 30, 2024, and a summons was requested and issued on July 31, 2024. (Doc. 1; Docket generally.) On the same day summons was issued, Defendant UKHA accepted informal service of the Complaint and summons through e-mail pursuant to Rule 4, without requiring formal service. Plaintiff did not submit a Rule 4 waiver at that time.

  2. Defendant UKHA's deadline to file an answer or responsive pleading to the Complaint is currently August 22, 2024, and Defendant files this motion more than three days prior to the filing deadline in compliance with D. Kan. 7.1(d)(4). Had a waiver of service been

---

[1] Plaintiff attempts to plead a claim against "the University of Kansas Health System" as a separate party, despite pleading no information suggesting that this is an actual governmental or corporate entity. (See Doc. 1, para. 13, referring to a "health system based in Kansas that is governed by the University of Kansas Hospital Authority.") Plaintiff has declined to correct the pleadings, therefore Defendant UKHA anticipates addressing the issue in its motion to dismiss. Because the subject entity has no legal status under Kansas law, it is not referenced as a proper party-defendant in this motion.

1

requested, Defendant UKHA would have had until at least September 30, 2024, to file a responsive pleading.

3. The Complaint that Defendant is now compelled to answer is 21 pages, contains a "preliminary statement," and sets out three distinct legal claims for relief on at least 13 pages of factual statements. Defendant intends to challenge the legal validity of the claims and Plaintiff's manner of pleading, and Defendant will contend that this matter should not be permitted to proceed to discovery. The issues presented are uncommonly complex and the motion should be legally dispositive, therefore adequate briefing cannot be provided within the 15 pages otherwise permitted by local rule.

4. Defendant therefore respectfully requests leave to file a Motion to Dismiss pursuant to Rule 12(b) that is no more than 30 pages in length.

5. For the same reasons, Defendant respectfully requests an extension of the deadline to file a responsive pleading to September 2, 2024.

Respectfully submitted,

SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.

By: /s/ Trevin E. Wray
Trevin E. Wray, KS #21165
Casey L. Walker, KS #25965
Jaime L. Whitt, KS #26986
10851 Mastin St., Suite 1000
Overland Park, KS 66210
(913) 342-2500
(913) 342-0603 (Facsimile)
ATTORNEYS FOR DEFENDANT
UNIVERSITY OF KANSAS HOSPITAL
AUTHORITY

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was sent via electronic mail to the following:

Heather J. Schlozman  
Mark V. Dugan  
Dugan Schlozman, LLC  
8826 Santa Fe Drive, Suite 307  
Overland Park, KS 66212  
heather@duganschlozman.com  
mark@duganschlozman.com  
ATTORNEYS FOR PLAINTIFF

                        */s/ Trevin E. Wray, KS #21165*  
                        Attorney