THE UNIVERSITY OF
KANSAS HEALTH SYSTEM

4000 Cambridge St.
Kansas City KS 66160-8501

Farmer, Mylissa Sue
MRN: ▮▮▮▮   DOB: ▮▮▮▮   Legal Sex: F
Acct #: ▮▮▮▮
Adm: 8/2/2022, D/C: 8/3/2022

**08/02/2022 - Admission (Discharged) in Patient Care Unit BH54: Bell Hospital Tower (continued)**

**H&P Notes (continued)**

| HBsAg | NONREACTIVE | NR-NONREACTIVE |
|-------|-------------|----------------|







EXHIBIT
**4**

**PLAN**
**PPROM**
- +pooling, +nitrzaine (blood in vault), +ferning, BSUS with anhydramnios
- +FHT on sono
- Patient and partner counseled on outcomes in cases with PPROM at 17wga, they do not desire to continue this pregnancy in light of those outcomes
- CBC with normal WBC
- Due to +FHT, cannot offer IOL or D&E, will refer to local abortion clinics.
  - Patient and partner state D&E at an abortion clinic is cost prohibitive for them and will likely need to "wait it out"
  - Patient counseled on chorioamnionitis signs/symptoms and how quickly she could become ill from chorioamnionitis. Counseled that if she experienced symptoms she should report to her local hospital and if they needed to transfer her to another facility, they would.
  - Counseled that if at any point there is no FHT and they desire IOL or D&E, we could perform at KU

**H/o DVT**
- Not currently on anticoagulation