UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MYLISSA FARMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:24-CV-02335 |
| | ) |
| THE UNIVERSITY OF KANSAS | ) |
| HOSPITAL AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

This will certify that Defendant University of Kansas Hospital Authority's First Interrogatories to Plaintiff and First Request for Production of Documents to Plaintiff were sent, via email, this 3rd day of December, 2024, to: Heather J. Schlozman, Mark V. Dugan, Dugan Schlozman, LLC, heather@duganschlozman.com, mark@duganschlozman.com; Michelle Banker *(pro hac vice),* Alison Tanner *(pro hac vice),* Kenna Titus *(pro hac vice),* National Women's Law Center, mbanker@nwlc.org, atanner@nwlc.org, ktitus@nwlc.org; Alison Deich *(pro hac vice),* Harini Srinivasan *(pro hac vice),* Aniko Schwarz *(pro hac vice),* Nina Jaffe-Geffner *(pro hac vice),* Sabrina Merold *(pro hac vice),* Cohen Milstein Sellers & Toll, PLLC, adeich@cohenmilstein.com, hsrinivasan@cohenmilstein.com, aschwarz@cohenmilstein.com, njaffegeffner@cohenmilstein.com, and smerold@cohenmilstein.com.

1

Respectfully submitted,

SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.

By:   */s/ Trevin E. Wray*
     Trevin E. Wray, KS #21165
     Jaime L. Whitt, KS #26986
     Kemper A. Bogle, KS #29388
     10851 Mastin St., Suite 1000
     Overland Park, KS 66210
     (913) 342-2500
     (913) 342-0603 (Fax)
     Email: twray@slln.com
             jwhitt@slln.com
             kbogle@slln.com

and

Abhishek S. Kambli, KS #29788
Deputy Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
(785) 368-8197
(785) 296-3131 (Fax)
Email: abhishek.kambli@ag.ks.gov
ATTORNEYS FOR DEFENDANT UNIV. OF KANSAS HOSPITAL AUTHORITY

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 3rd day of December 2024, a copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system, and was sent via electronic mail to the following:

Heather J. Schlozman
Mark V. Dugan
Dugan Schlozman, LLC
8826 Santa Fe Drive, Suite 307
Overland Park, KS 66212
heather@duganschlozman.com
mark@duganschlozman.com

2

Michelle Banker *(pro hac vice)*
Alison Tanner *(pro hac vice)*
Kenna Titus *(pro hac vice)*
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
mbanker@nwlc.org
atanner@nwlc.org
ktitus@nwlc.org

Alison Deich *(pro hac vice)*
Harini Srinivasan *(pro hac vice)*
Aniko Schwarz *(pro hac vice)*
Nina Jaffe-Geffner *(pro hac vice)*
Sabrina Merold *(pro hac vice)*
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
adeich@cohenmilstein.com
hsrinivasan@cohenmilstein.com
aschwarz@cohenmilstein.com
njaffegeffner@cohenmilstein.com
smerold@cohenmilstein.com
ATTORNEYS FOR PLAINTIFF

/s/  *Trevin E. Wray*
Attorney