UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MYLISSA FARMER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE UNIVERSITY OF KANSAS )<br>HOSPITAL AUTHORITY, )<br>)<br>Defendant. ) | Case No. 2:24-CV-02335 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Ahbishek S. Kambli, Deputy Attorney General, and in accordance with D. Kan. Rule 83.5.5(b), respectfully notifies the Court and the parties of his withdrawal as counsel of record for Defendant University of Kansas Hospital Authority.

The Court and parties are further notified that James Rodriguez will continue to represent the University of Kansas Hospital Authority in this matter.

1

Respectfully Submitted,

KRIS W. KOBACH
Attorney General

/s/ Abhishek S. Kambli
Abhishek S. Kambli, 29788
Deputy Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Fax: (785) 291-3767
Email: abhishek.kambli@ag.ks.gov

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of January, 2025, the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a notice of electronic filing was sent via CM/ECF to all counsel of record.

/s/ Abhishek S. Kambli
Abhishek S. Kambli, 29788