UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MYLISSA FARMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF KANSAS HOSPITAL AUTHORITY,<br><br>　　　　Defendant. | Case No. 2:24-CV-02335-HLT-BGS |

## NOTICE OF SERVICE

　　On January 30, 2025, Plaintiff Mylissa Farmer's Amended Supplement to Damages Disclosures Under Federal Rule Civil Procedure 26(a)(1)(A)(iii) were sent via email to:

　　Trevin E. Wray
　　Jamie L. Whitt
　　Kemper A. Bogle
　　Simpson, Logback, Lynch, Norris, P.A
　　10851 Mastin St., Suite 1000
　　Overland Park, KS 66210
　　twray@slln.com
　　jwhitt@slln.com
　　kbogle@slln.com

　　Abhishek S. Kambli
　　Deputy Attorney General
　　James Rodriguez
　　Office of Kansas Attorney General
　　120 SW 10th Ave., 2nd Floor
　　Topeka, KS 66612-1597
　　(785) 368-8197
　　(785) 296-3131 (Fax)
　　Abhishek.kambli@ag.ks.gov
　　jay.rodriguez@ag.ks.gov

Dated: January 30, 2025                            Respectfully submitted,

*/s/ Mark. V. Dugan*

Mark V. Dugan (Kan. Bar. No. 23897)
Heather J. Schlozman (Kan. Bar No. 23869)
DUGAN SCHLOZMAN LLC
8826 Santa Fe Drive, Suite 307
Overland Park, KS 66212
(913) 322-3528
Mark@duganschlozman.com
Heather@duganschlozman.com

Alison Deich (*pro hac vice*)
Harini Srinivasan (*pro hac vice*)
Aniko Schwarz (*pro hac vice*)
Nina Jaffe-Geffner (*pro hac vice*)
Sabrina Merold (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
adeich@cohenmilstein.com

Michelle Banker (*pro hac vice*)
Alison Tanner (*pro hac vice*)
Kenna Titus (*pro hac vice*)
NATIONAL WOMEN'S LAW CENTER
1350 I Street NW, Suite 700
Washington, DC 20005
(202) 588-5180
mbanker@nwlc.org

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this Notice was filed using the Court's electronic filing system, providing notice to all counsel of record.

*/s/ Mark V. Dugan*
Attorney for Plaintiff
