UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MYLISSA MCNEILL,  )<br>                                                  )<br>                         Plaintiff,       )<br>                                                  )<br>v.                                             )<br>                                                  )<br>UNIVERSITY OF KANSAS       )<br>HOSPITAL AUTHORITY,           )<br>                                                  )<br>                         Defendant.    ) | Case No. 2:24-CV-02335-HLT-BGS |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED between the Plaintiff Mylissa McNeill ("Plaintiff") and Defendant University of Kansas Hospital Authority,[1] pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the instant action is dismissed in its entirety without prejudice, with each party bearing its own attorneys' fees, costs, and/or disbursements.

Dated:  March 7, 2025					Respectfully submitted,

SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.					DUGAN SCHLOZMAN, LLC

By: */s/ Trevin E. Wray*					By */s/ Mark V. Dugan*
Trevin E. Wray, KS #21165				Mark V. Dugan
Jaime L. Whitt, KS #26986				Heather J. Schlozman
Kemper A. Bogle, KS #29388				8826 Santa Fe Drive, Suite 307
10851 Mastin St., Suite 1000				Overland Park, KS 66212
Overland Park, KS 66210				heather@duganschlozman.com
Telephone: (913) 342-2500				mark@duganschlozman.com
Facsimile: (913) 342-0603

---

[1] On August 8, 2024, Plaintiff noticed the voluntary dismissal without prejudice of The University of Kansas Hospital System from this action.

Email: twray@slln.com
jwhitt@slln.com
kbogle@slln.com

James Rodriguez
Kansas Attorney General - Topeka
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
t: 785-368-8197
jay.rodriguez@ag.ks.gov

ATTORNEYS FOR DEFENDANT UNIV.
OF KANSAS HOSPITAL AUTHORITY

Michelle Banker (pro hac vice)
Alison Tanner (pro hac vice)
Kenna Titus (pro hac vice)
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
mbanker@nwlc.org

Alison Deich (pro hac vice)
Harini Srinivasan (pro hac vice)
Aniko Schwarz (pro hac vice)
Nina Jaffe-Geffner (pro hac vice)
Sabrina Merold (pro hac vice)
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
adeich@cohenmilstein.com
hsrinivasan@cohenmilstein.com
aschwarcz@cohenmilstein.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2025, I electronically filed the parties' Stipulation of Voluntary Dismissal without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) with the Clerk of the Court using the ECF, who in turn sent notice to all counsel of record.

>    */s/ Mark V. Dugan*
>    Mark V. Dugan (Kan. Bar. No. 23897)
>    DUGAN SCHLOZMAN LLC
>    8826 Santa Fe Drive, Suite 307
>    Overland Park, KS 66212
>    (913) 322-3528
>    Mark@duganschlozman.com